IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RON HABERMEHL, DEBBIE
HABERMEHL, et al.,

Plaintiffs,

v.

AUTO CLUB FAMILY INSURANCE
COMPANY, et al.,

Defendants.   Case No. 12-cv-00230-DRH-DGW

AUTO CLUB FAMILY INSURANCE
COMPANY,

Third-Party Plaintiff,

vs.

JEFFREY WOLFSON, et al.,

Third-Party Defendants.

## ORDER OF DISMISSAL

The Court has reviewed and granted the Motion for Finding of Good Faith Settlement (Doc. 106) and granted defendant Auto Club Family Insurance Company's Motion to Dismiss its Third Party Claims (Doc. 113). The Court further acknowledges the parties' Stipulation for Dismissal with Prejudice (Doc. 115).

Being fully advised in the premises, the Court hereby finds that the settlement represents a good faith settlement pursuant to the Joint Tortfeasor Contribution Act, 740 ILCS 100/1 et seq., and orders plaintiffs' Complaint and

Third-Party Complaint, and all amendments thereto, against defendant and third-party defendants dismissed with prejudice with each party to bear their own costs, said costs having been paid.

**IT IS SO ORDERED.**

Signed this 3rd day of December, 2013.

Digitally signed by David R. Herndon
Date: 2013.12.03 13:12:47 -06'00'

**Chief Judge
U.S. District Court**