# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

RON HABERMEHL, et al,

    Plaintiffs,

vs.

AUTO CLUB FAMILY INSURANCE COMPANY, et al,

    Defendants.

AUTO CLUB FAMILY INSURANCE COMPANY,

    Third-Party Plaintiff,

vs.

JEFFREY WOLFSON, et al.,

    Third-Party Defendants.    NO.  12-cv-230-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on November 29, 2012 (Doc. 43) and the Order Dismissing Case entered on December 3, 2013 (Doc. 117), this cause of action is **DISMISSED with prejudice** as to all parties.

    NANCY J. ROSENSTENGEL,
    CLERK OF COURT

    BY:   /s/*Sara Jennings*
           Deputy Clerk

**Dated:** December 7, 2013

David R. Herndon
2013.12.07
08:44:06 -06'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT